1  HILARY N. ROWEN, STATE BAR NO. 152932
   ANTHONY J. BARRON, STATE BAR NO. 150447
2  JENNIFER M. RIDDLE, STATE BAR NO. 228605
   THELEN REID & PRIEST LLP
3  101 Second Street, Suite 1800
   San Francisco, California 94105-3601
4  Telephone: (415) 371-1200
   Facsimile: (415) 371-1211
5
   Attorneys for Defendants
6  SCOTTSDALE INSURANCE COMPANY,
   NATIONAL CASUALTY COMPANY,
7  SCOTTSDALE INDEMNITY COMPANY,
   WESTERN HERITAGE INSURANCE COMPANY,
8  R. MAX WILLIAMSON, and JOSEPH A. LUGHES

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                          (SACRAMENTO DIVISION)
12

| | |
|---|---|
| SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation, NATIONAL CASUALTY COMPANY, a Wisconsin Corporation, SCOTTSDALE INDEMNITY COMPANY, an Ohio Corporation, WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation, R. MAX WILLIAMSON, an individual, JOSEPH A. LUGHES, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331, 1332, 1367 AND 1441 (a) and (b)**<br><br>Complaint filed: December 16, 2004<br>Trial date:     Not set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants (hereinafter referred to as "Defendants") hereby remove to this Court the state court action described below.

///

## JURISDICTION

The statutory bases for the exercise of jurisdiction by this Court are 28 U.S.C. §§ 1331, 1332, 1367 and 1441(a) and (b). Plaintiff is a citizen of California, Defendants are all citizens of states other than California, and the amount in controversy exceeds $75,000. Therefore, this court has diversity jurisdiction.

## NOTICE OF REMOVAL

1. Plaintiff commenced an action against Defendants by filing a Complaint in the Superior Court of the State of California, County of San Joaquin, entitled *Sovereign General Insurance Services, Inc. v. Scottsdale Insurance Company, et al.*, Case No. CV025364 on or about December 16, 2004 (hereinafter the "State Court Action"). (True and correct copies of Plaintiff's Summons and Complaint are attached hereto as Exhibit A, and are incorporated herein by this reference as if set forth in full.)

2. Defendants Scottsdale Indemnity Company and National Casualty Company received a copy of the Summons and Complaint and acknowledged service on January 16, 2004. Defendants Scottsdale Insurance Company, R. Max Williamson and Joseph A. Lughes received a copy of the Summons and Complaint and acknowledged service on February 2, 2005. Defendant Western Heritage Insurance Company received a copy of the Summons and Complaint and acknowledged service on February 9, 2005. Defendants have received no other papers or pleadings in this action. This Notice is timely in that it is filed within thirty (30) days of the first receipt of the Summons and Complaint by any Defendant, which was the first time Defendants ascertained that the State Court Action was removable. 28 U.S.C. § 1446(b).

3. The State Court Action is a civil action which may be removed to this Court under 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, because:

   a. Defendants are informed and believe that, at all times relevant hereto, Plaintiff was and still is a corporation incorporated under the laws of the State of California, with its principal place of business in the State of California. Complaint, ¶ 1.

///

b. At all times relevant hereto, Defendant Scottsdale Insurance Company ("Scottsdale") was and still is a corporation incorporated under the laws of the State of Ohio, with its principal place of business in the State of Arizona.

c. At all times relevant hereto, Defendant National Casualty Company ("National Casualty") was and still is a corporation incorporated under the laws of the State of Wisconsin, with its principal place of business in the State of Arizona.

d. At all times relevant hereto, Defendant Scottsdale Indemnity Company, was and still is a corporation incorporated under the laws of the State of Ohio, with its principal place of business in the State of Arizona.

e. At all times relevant hereto, Defendant Western Heritage Insurance Company ("Western Heritage") was and still is a corporation incorporated under the laws of the State of Arizona, with its principal place of business in the State of Arizona.

f. At all times relevant hereto, Defendant R. Max Williamson was and still is a citizen of the State of Arizona.

g. At all times relevant hereto, Defendant Joseph A. Lughes was and still is a citizen of State of Arizona.

h. Defendants are informed and believe that the State Court Action is one in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Plaintiff asserts that it is entitled to over $400,000 in profit sharing commissions from Defendant Western Heritage. Complaint ¶ 57. Plaintiff also alleges that it is entitled to more than $25,000 in profit sharing commissions from Defendant Scottsdale. Complaint ¶ 72. Plaintiff further seeks damages against Defendant Western Heritage for loss of past and future commissions in excess of $650,000 and against Defendant Scottsdale for loss of past and future commissions in excess of $100,000. Complaint ¶ 81, ¶ 82. Plaintiff alleges that all Defendants are "directly, vicariously and/or jointly and severally liable for the actions or inactions of each defendant." Complaint ¶ 9.

4. For all of the foregoing reasons, the State Court Action is removable to this Court under 28 U.S.C. § 1441(a) and (b).

1  Dated: February 16, 2005

2                                    THELEN REID & PRIEST LLP

3

4                                    By _____
                                        Anthony J. Barron
5                                       Attorneys for Defendants
                                        SCOTTSDALE INSURANCE COMPANY,
6                                       NATIONAL CASUALTY COMPANY,
                                        SCOTTSDALE INDEMNITY COMPANY,
7                                       WESTERN HERITAGE INSURANCE
                                        COMPANY, R. MAX WILLIAMSON and
8                                       JOSEPH A. LUGHES