UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUVEREIGN GENERAL INSURANCE SERVICES, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTTSDALE INSURANCE CO.; NATIONAL CASUALTY COMPANY; SCOTTSDALE INDEMNITY CO.; WESTERN HERITAGE INSURANCE CO.; R. MAX WILLIAMSON; JOSEPH A. LUGHES, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br>_____ / | No. CIV-S-05-0312 MCE/DAD<br><br><br><br><br><br>**RELATED CASE ORDER** |
| WESTERN HERITAGE INSURANCE, CO.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOVEREIGN GENERAL INSURANCE SERVICES, INC.; MARTIN F. SULLIVAN, SR.; GLORIA SULLIVAN; BLACK AND WHITE PARTNERSHIPS; and SOLE PROPRIETORSHIPS,<br><br>　　　　Defendants.<br>_____ / | No. CIV-S-05-1389 GEB/KJM |

1

1  Examination of the above-entitled civil actions reveals that
2 these actions are related within the meaning of Local Rule 83-
3 123(a) (E.D. Cal. 1997).  The actions involve many of the same
4 defendants and are based on the same or similar claims, the same
5 property transaction or event, similar questions of fact and the
6 same questions of law, and would therefore entail a substantial
7 duplication of labor if heard by different judges.  Accordingly,
8 the assignment of the matters to the same judge is likely to
9 effect a substantial savings of judicial effort and is also
10 likely to be convenient for the parties.
11  The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the action is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the district judge and magistrate
16 judge to whom the first filed action was assigned.
17  IT IS THEREFORE ORDERED that the action denominated No.
18 CIV-S-05-1389 GEB/KJM, Western Heritage Insurance Company v.
19 Sovereign General Insurance Services, Inc., et al., is reassigned
20 to Judge Morrison C. England, Jr. and Dale A. Drozd for all
21 further proceedings, and any dates currently set in this
22 reassigned case only is hereby VACATED.  The parties are referred
23 to the attached Order Requiring Joint Status Report.  Henceforth,
24 the caption on documents filed in the reassigned case shall be
25 shown as CIV-S-05-1389 MCE/DAD.
26 ///
27 ///
28 ///

1   IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4   IT IS SO ORDERED.
5 DATED: September 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE