UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation, NATIONAL CASUALTY COMPANY, a Wisconsin corporation, SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation, WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation, R. MAX WILLIAMSON, an individual, JOSEPH A. LUGHES, an individual, and DOES 1 through 100, inclusive,<br><br>     Defendants.<br>_____/ | NO. CIV. S 05-0312 MCE DAD<br><br>**ORDER CONSOLIDATING RELATED CASES** |
| WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>SOVEREIGN GENERAL INSURANCE | NO. CIV. S 05-1389 MCE DAD |

1

1  SERVICES, INC., a California
   corporation; MARTIN F. SULLIVAN,
2  SR. and GLORIA SULLIVAN, husband
   and wife, guarantors,
3
            Defendants.
4
   _____/
5

6
                      ----oo0oo----
7

8

9      By Order dated September 1, 2005, these cases were deemed

10 related in accordance with the provisions of Local Rule 83-

11 123(a).  Counsel for all parties in both actions have now jointly

12 moved to consolidate the two lawsuits pursuant to Federal Rule of

13 Civil Procedure 42(a), which provides in pertinent part as

14 follows:

15      "when actions involving a common question of law or fact are
        pending before the court, it may order a joint hearing or
16      trial of any or all of the matters in issue in the actions;
        it may order all the actions consolidated; and it may make
17      such orders concerning proceedings therein as may tend to
        avoid unnecessary costs or delay."
18

19 The purpose of consolidation under Rule 42(a), where cases share

20 such common questions of law or fact, is to enhance trial

21 court efficiency by avoiding unnecessary duplication of

22 proceedings and effort.  *See, e.g.,* Enterprise Bank v. Saettele,

23 21 F.3d 233, 235-36 (8th Cir. 1994); E.E.O.C. v. HBE Corp., 135

24 F.3d 543, 551 (8th Cir. 1998).

25      The parties have represented that both related matters share

26 significant common issues inasmuch as both disputes arise from

27 agreements and agency relationships between Sovereign General

28 Insurance Services, on the one hand, and insurers including

1 Western Heritage and Scottsdale on the other.  Sovereign
2 General's lawsuit claims that the insurer defendants improperly
3 terminated its agency agreement, thereby depriving Sovereign
4 general of commission/profit sharing revenue.  Conversely,
5 Western Heritage claims through its lawsuit that Sovereign
6 General failed to properly remit premium payments pursuant to the
7 same underlying written contracts at issue in the Sovereign
8 General case.

9     Given the parties' agreement that consolidation is
10 appropriate, and following the Court's own determination that
11 consolidation will promote clarity, efficiency and the avoidance
12 of confusion and prejudice given the above-enumerated common
13 nucleus of operative facts, the joint motion to consolidate is
14 hereby GRANTED.[1]  The Court, in its discretion, may order
15 consolidation under those circumstances.  *See* Johnson v. Celotex
16 Corp., 899 F.2d 1281, 1284-85 (2d Cir. 1990).

17     Both actions are consequently consolidated, for all purposes
18 including trial.  The lead case in this consolidated action shall
19 be Sovereign General Insurance Services v. Scottsdale Insurance
20 Company, et al., Case No. CIV. S 05-0312 MCE DAD.  All pending
21 dates in both actions are hereby vacated.  The parties are
22 directed to submit a **Joint** Status Report, not later than thirty
23 (30) days following the date of this Order.
24 //
25 //
26

---

27  [1] Because oral argument would not be of material assistance,
    this matter was deemed suitable for decision without oral
28  argument.  E.D. Local Rule 78-230(h).

3

1     The Joint Status Report shall conform with the requirements
2  outlined within the Court's previous September 1, 2005 Order
3  Requiring Joint Status Report in Case No. CIV. S 05-1389.
4
5     IT IS SO ORDERED.
6
7  DATED: November 1, 2005

                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE

4