IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOVEREIGN GENERAL INSURANCE  NO.  CIV.S-05-0312 MCE DAD
SERVICES, INC.,

        Plaintiff,

   v.                                ORDER

SCOTTSDALE INSURANCE COMPANY,
et al.,

        Defendants.
_____/

       This matter came before the court on June 30, 2006, for further hearing on plaintiff and defendants' motions to compel further production of documents.  Dominic Flamiano appeared telephonically on behalf of plaintiff.  Anthony Barron appeared on behalf of defendants.

       Having considered all written materials submitted in connection with the motions, and after hearing oral argument, for the reasons set forth on the record during the hearing, it is HEREBY

/////

1

ORDERED that the motions are granted in part and denied in part as follows:

Plaintiff Sovereign General Insurance Services' motion:

    1.  As to Request No. 7, the motion to compel is granted to the extent the request has been narrowed by stipulation of the parties;

    2.  As to Request Nos. 8-9, the motion is withdrawn per stipulation;

    3.  As to Request Nos. 10, 39, 16, 49, 15 and 17, the motion is denied;

    4.  As to Request Nos. 36-37, the motion is granted with the representation being made that production has already been made;

    5.  As to Request Nos. 46 and 19, the motion is withdrawn;

    6.  As to Request Nos. 21-22, the motion is granted;

    7.  As to Request Nos. 24, 26, 50 and 53, the motion is denied;

    8.  As to Request Nos. 55, 41, 42, 44, 45, 12 and 28-34, the motion is withdrawn;

    9.  As to Request No. 27, the motion is granted to the extent it is technologically possible to produce the requested information; and

    10.  As to Request No. 40, the motion is denied.

Defendant Scottsdale Insurance Company's motion:

    1.  As to Request Nos. 20, 59, 93 and 94, the motion is granted to the extent the request has been narrowed by Scottsdale;

/////

1        2.   As to Request Nos. 69 and 95, the motion is denied;

2        3.   As to Request Nos. 77 and 80, the motion is granted

3   subject to a protective order to be submitted by the parties; and

4        4.   As to Request Nos. 96, 100, and 122-124, the motion is

5   denied.

6        IT IS SO ORDERED.

7   DATED: July 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11  DAD:th
    Ddad1\orders.civil\sovereign.oah.063006

3