ANTHONY J. BARRON (CA State Bar No. 150447)
MATTHEW A. RICHARDS (CA State Bar No. 233166)
KHURSHID P. KHOJA (CA State Bar No. 233866)
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California  94105-3601
Telephone:      (415) 371-1200
Facsimile:       (415) 371-1211

Attorneys for Defendants
SCOTTSDALE INSURANCE COMPANY, NATIONAL CASUALTY COMPANY,
SCOTTSDALE INDEMNITY COMPANY, WESTERN HERITAGE INSURANCE COMPANY,
R. MAX WILLIAMSON and JOSEPH A. LUGHES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation, NATIONAL CASUALTY COMPANY, a Wisconsin Corporation, SCOTTSDALE INDEMNITY COMPANY, an Ohio Corporation, WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation, R. MAX WILLIAMSON, an individual, JOSEPH A. LUGHES, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:05-CV-0312-MCE-DAD<br><br>**JOINT STIPULATION AND ORDER TO ALLOW SUPPLEMENTAL EXPERT REPORTS**<br><br>*Consolidated with: 05-CV-01389-GEB-KJM* |

SF #1101402 v1

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

JOINT STIPULATION AND ORDER
TO ALLOW SUPPLEMENTAL EXPERT REPORTS

1  This stipulation to allow supplemental expert reports to be filed after this Court's
2  September 25, 2006, deadline for the disclosure of expert witnesses ("Stipulation"), by and
3  between Plaintiff SOVEREIGN GENERAL INSURANCE SERVICES, INC. ("Plaintiff"), by and
4  through its counsel of record, and Defendants SCOTTSDALE INSURANCE COMPANY,
5  NATIONAL CASUALTY COMPANY, SCOTTSDALE INDEMNITY COMPANY, WESTERN
6  HERITAGE INSURANCE COMPANY, R. MAX WILLIAMSON, and JOSEPH A. LUGHES
7  ("Defendants"), by and through their counsel of record, is based on the following:

## RECITALS

9  WHEREAS, this Court has set September 25, 2006, as the deadline for the disclosure of
10  expert witnesses and filing of expert reports, pursuant to its Amended Pretrial (Status) Scheduling
11  Order of January 24, 2006; and

12  WHEREAS, Plaintiff and Defendants have been ordered to produce certain categories of
13  documents pursuant to cross-motions to compel and Magistrate Judge Drozd's Order of July 14,
14  2006; and

15  WHEREAS, since July 14, 2006, counsel for Defendants has diligently pursued
16  enforcement of Magistrate Judge Drozd's Order by demanding production of responsive
17  documents from Plaintiff; and

18  WHEREAS, counsel for Plaintiff has represented that consecutive in-house audits by two of
19  Plaintiff's insurance carriers, running from September 5, 2006, through October 13, 2006, render it
20  impossible to make Plaintiffs' responsive documents available for inspection and copying until
21  October 16, 2006; and

22  WHEREAS, counsel for Plaintiff and Defendants have conferred and have agreed that a
23  rolling production of Plaintiffs' documents will begin on October 16, 2006, and continue from day
24  to day until complete; and

25  WHEREAS, Defendants' expert witnesses will not have access to many documents upon
26  which their analyses will be based until October 16, 2006, at the earliest, well after the
27  September 25, 2006, deadline for the disclosure of expert witnesses and filing of expert reports;
28  and

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #1101402 v1                    -2-
JOINT STIPULATION AND ORDER
TO ALLOW SUPPLEMENTAL EXPERT REPORTS

1    WHEREAS, if counsel for Defendants must move to compel further production from
2 Plaintiff, such a motion cannot be made until October 16, 2006, at the earliest, with such additional
3 documents produced not available to Defendants' experts until well after the September 25, 2006,
4 deadline for the disclosure of expert witnesses and filing of expert reports; and

5    WHEREAS, since July 14, 2006, counsel for Plaintiff has diligently pursued enforcement of
6 Magistrate Judge Drozd's Order by demanding production of responsive documents from
7 Defendants; and

8    WHEREAS, the last documents responsive to Plaintiff's requests were produced by
9 Defendants on September 1, 2006; and

10    WHEREAS, if counsel for Plaintiff must move to compel further production from
11 Defendants, such a motion cannot be heard and such additional documents produced cannot be
12 made available to Plaintiff's experts until well after the September 25, 2006, deadline for the
13 disclosure of expert witnesses and filing of expert reports; and

14    WHEREAS, counsel for Plaintiff and Defendants have conferred and agree that a mutual
15 extension of the expert disclosure deadline, not to exceed forty-five (45) days after the opposing
16 party's/parties' final production of responsive documents, to allow for the submission of
17 supplemental reports will result in more efficient and economical completion of discovery and trial
18 preparation; and

19    WHEREAS, counsel for Plaintiff and Defendants have also conferred regarding other trial
20 and pretrial deadlines, and have agreed that no other deadlines shall be affected by virtue of this
21 Stipulation and [Proposed] Order;

22    NOW THEREFORE, in consideration of the foregoing recitals, the parties, by and through
23 their respective counsel, do hereby stipulate and agree as follows:

24    **JOINT STIPULATION**

25    **IT IS HEREBY STIPULATED** between Plaintiff and Defendants as follows:

26    1.    Experts shall be designated, and expert reports filed, not later than September 25,
27 2006, pursuant to this Court's Amended Pretrial (Status) Scheduling Order of January 24, 2006.

28

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #1101402 v1                    -3-
JOINT STIPULATION AND ORDER
TO ALLOW SUPPLEMENTAL EXPERT REPORTS

2. Each expert designated on or before September 25, 2006, shall be permitted to file a separate, supplemental expert report within forty-five (45) days of the opposing party's/parties' final production of responsive documents in this matter.

3. Within twenty (20) days after service of any supplemental expert report, the party so served shall be permitted to file a supplemental list of expert witnesses who will express opinions on any subjects addressed in said supplemental expert report that were not previously addressed by the expert's original disclosure and report.

4. No other trial or pretrial deadlines set by this Court's Amended Pretrial (Status) Scheduling Order of January 24, 2006, shall be affected by this Stipulation and [Proposed] Order.

Dated: September ___, 2006

THELEN REID & PRIEST LLP

By _____
Anthony J. Barron
Matthew A. Richards
Khurshid P. Khoja
Attorneys for Defendants
SCOTTSDALE INSURANCE COMPANY,
NATIONAL CASUALTY COMPANY,
SCOTTSDALE INDEMNITY COMPANY,
WESTERN HERITAGE INSURANCE
COMPANY, R. MAX WILLIAMSON, and
JOSEPH A. LUGHES

Dated: September ___, 2006

AGUILAR LAW OFFICES, PLC

By _____
Dominic G. Flamiano
Attorneys for Plaintiffs
SOVEREIGN GENERAL INSURANCE
SERVICES, INC.

SF #1101402 v1  -4-
THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW
JOINT STIPULATION AND ORDER
TO ALLOW SUPPLEMENTAL EXPERT REPORTS

**ORDER**

Based on the above Stipulation, and for good cause shown, **IT IS HEREBY ORDERED** as follows:

1. Experts shall be designated, and expert reports filed, not later than September 25, 2006.

2. Each expert designated on or before September 25, 2006, shall be permitted to file a separate, supplemental expert report within forty-five (45) days after the opposing party's/parties' final production of responsive documents in this matter.

3. Within twenty (20) days after service of any supplemental expert report, the party so served shall be permitted to file a supplemental list of expert witnesses who will express opinions on any subjects addressed in said supplemental expert report that were not previously addressed by the expert's original disclosure and report.

4. No other trial or pretrial deadlines in this matter shall be affected by this Order.

IT IS SO ORDERED.

DATE: September 19, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE