IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOVEREIGN GENERAL INSURANCE         NO.  CIV.S-05-0312 MCE DAD
SERVICES, INC.,

        Plaintiff,

   v.                                ORDER

SCOTTSDALE INSURANCE COMPANY,
et al.,

        Defendants.
_____/

      This matter came before the court on October 20, 2006, for hearing on plaintiff's motion to enforce discovery order.  Dominic Flamiano appeared on behalf of plaintiff.  Anthony Barron appeared on behalf of defendants.

      Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons more fully set forth on the record during the hearing, it is HEREBY ORDERED that plaintiff's motion is denied both as untimely and

/////

1

on the merits in that the discovery now sought was not clearly ordered produced under the court's prior discovery order.

DATED: October 20, 2006.

                                                    /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\sovereign.oah.102006