# EXHIBIT 16

**LECG Invoice No. 72897 dated 4/19/07
PRIVILEGED INFORMATION REDACTED
FROM ATTACHED BILLS [INVOICES]**

Anthony J. Barron, Esq.
Thelen Reid Brown Raysman & Steiner LLP
101 2nd St., Ste. 1800
San Francisco, CA 94105-3601

**Via email: ajbarron@thelenreid.com**

April 19, 2007

scdal-20787
Invoice # 72897

---

**Re: Sovereign General Insurance Services, Inc. v. Scottsdale Insurance Company, National Casualty Company, Scottsdale Indemnity, Western Heritage Insurance Company, et al.**

Services Rendered February 1, 2007 Through March 31, 2007

|  |  |  |
|---|---|---|
| Professional Services | $ | 1,905.00 |
| Expenses Incurred |  | 0.00 |
| **Current Charges** |  | **1,905.00** |

AMOUNTS ARE STATED IN U.S. DOLLARS. PAYMENT IS DUE BY MAY 19, 2007.

Please direct questions regarding this invoice to Gina Sandoval-Leiva at (510) 985-6700 or gsandoval-leiva@lecg.com.

e

Thelen Reid Brown Raysman & Steiner LLP
Re: Sovereign General Insurance Services, Inc. v. Scottsdale Insurance
Company, National Casualty Company, Scottsdale Indemnity, Western Heritage
Insurance Company, et al.
Services Rendered February 1, 2007 Through March 31, 2007

Invoice # 72897
scdal-20787

## PROFESSIONAL SERVICES

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Bruce Fortenbaugh | 375.00 | 4.00 | 1,500.00 |
| | | | |
| Sr. Consultant | | | |
| Christopher Johanson | 250.00 | 1.25 | 312.50 |
| | | | |
| Research Analyst | | | |
| Neel Kothari | 185.00 | 0.50 | 92.50 |
| | | | |
| **Total Professional Services** | | **5.75** | **1,905.00** |
| | | | |
| **Total Current Charges** | | $ | **1,905.00** |

e

Thelen Reid Brown Raysman & Steiner LLP
Re: Sovereign General Insurance Services, Inc. v. Scottsdale Insurance
Company, National Casualty Company, Scottsdale Indemnity, Western Heritage
Insurance Company, et al.
Services Rendered February 1, 2007 Through March 31, 2007

Invoice # 72897
scdal-20787

| Individual | Project | Hours | Rate | Amount |
|---|---|---|---|---|
| Bruce Fortenbaugh | Reviewed case materials<br>Finalized workpapers<br>Planning for Pre-trial efforts<br>Communication with counsel | 4.00 | $375.00 | $ 1,500.00 |
| Christopher Johanson | Finalized workpapers<br>Organized case documents<br>Planning for Pre-trial efforts<br>Communication with counsel | 1.25 | 250.00 | 312.50 |
| Neel Kothari | Organized case documents | 0.50 | 92.50 | 92.50 |
| **Total** | | **5.75** | | **$ 1,905.00** |

# EXHIBIT 16 CONT'D
## LECG Invoice No. 95597 dated 7/29/08
## PRIVILEGED INFORMATION REDACTED
## FROM ATTACHED BILLS [INVOICES]



Anthony J. Barron, Esq.                                      July 29, 2008
Thelen Reid Brown Raysman & Steiner LLP
101 2nd St., Ste. 1800                                       scdal-20787
San Francisco, CA 94105-3601                                 Invoice # 95597

Via email: ajbarron@thelenreid.com

---

**FINAL INVOICE**

**Re:  Sovereign General Insurance Services, Inc. v. Scottsdale Insurance Company,
National Casualty Company, Scottsdale Indemnity, Western Heritage Insurance
Company, et al.**

Services Rendered Through June 30, 2008

| | | |
|---|---|---|
| Professional Services | $ | 6,231.25 |
| Expenses Incurred | | 0.00 |
| **Current Charges** | **$** | **6,231.25** |

AMOUNTS ARE STATED IN U.S. DOLLARS

**PAYMENT IS DUE BY AUGUST 28, 2008**

Please direct questions regarding this invoice to Gina Williams at (510) 985-6700 or gwilliams@lecg.com.



Thelen Reid Brown Raysman & Steiner LLP
Re: Sovereign General Insurance Services, Inc. v. Scottsdale Insurance
Company, National Casualty Company, Scottsdale Indemnity, Western
Heritage Insurance Company, et al.
Services Rendered Through June 30, 2008

Invoice # 95597
scdal-20787

## PROFESSIONAL SERVICES

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal |  |  |  |
| Bruce Fortenbaugh | 375.00 | 2.50 | 937.50 |
|  |  |  |  |
| Managing Consultant |  |  |  |
| Christopher Johanson | 275.00 | 19.25 | 5,293.75 |
|  |  |  |  |
| **Total Professional Services** |  | **21.75** | **6,231.25** |
|  |  |  |  |
| **Total Current Charges** |  | **$** | **6,231.25** |



Thelen Reid Brown Raysman & Steiner LLP
Re: Sovereign General Insurance Services, Inc. v. Scottsdale Insurance
Company, National Casualty Company, Scottsdale Indemnity, Western
Heritage Insurance Company, et al.
Services Rendered Through June 30, 2008

Invoice # 95597
scdal-20787

| Individual | Project | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce Fortenbaugh | Reviewed new accounting reports<br>Prepared supplemental report<br>Communication with counsel | 375.00 | 2.50 | 937.50 |
| Christopher Johanson | Reviewed new accounting reports<br>Reviewed policy files<br>Interviews of Western staff<br>Prepared supplemental report<br>Communication with counsel | 275.00 | 19.25 | 5,293.75 |
| **Total** | | | **21.75** | **6,231.25** |

# EXHIBIT 16 CONT'D
**Resolution Economics Invoice No. 72298
dated 7/28/08
PRIVILEGED INFORMATION REDACTED
FROM ATTACHED BILL [INVOICE]**

Anthony J. Barron, Esq.                          Invoice Date        07/28/08
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA  94105                         Invoice No.         72298


FOR PROFESSIONAL SERVICES RENDERED               Internal Ref.       TRP2590


For the Month of June 2008     in connection with:

        Sovereign General Insurance vs. Scottsdale Insurance Company, et al.


        For a description of expenses and tasks performed by staff member, please see attachment.


            Professional Fees ............................................ $3,732.50

            Expenses .................................................... $0.00


        Total Invoice ...................................................... $3,732.50

| Member | Position | Rate | tothrs | totcost |
|--------|----------|------|--------|---------|
| JOHANSON, CHRISTOPHER E. | MANAGER | $300 | 10.6 | $3,180.00 |
| HARRIS, RYAN D. | RESEARCH ASSISTANT | $65 | 8.5 | $552.50 |
| | | | ======== | ============== |
| | | | 19.1 | $3,732.50 |

------------------------------------- JOHANSON, CHRISTOPHER E. -------------------------------------

| Date | Hours | Desc |
|------|-------|------|
| 06/26/08 | 2.3 | Analyzing activity reports |
| 06/26/08 | 1.3 | Drafting additional supplemental expert report |
| 06/27/08 | 3.5 | Analyzing policy files |
| 06/27/08 | 0.5 | Discussion with counsel |
| 06/30/08 | 2.5 | Analyzing policy files |
| 06/30/08 | 0.5 | Discussion with counsel |

----------------------------------- HARRIS, RYAN D. -----------------------------------

Date   Hours  Desc

06/27/08   3.5  Analyzing policy files
06/30/08   5.0  Analyzing policy files

# EXHIBIT 16 CONT'D

**Resolution Economics Invoice No. 72346
dated 8/26/08
PRIVILEGED INFORMATION REDACTED
FROM ATTACHED BILL [INVOICE]**

```
Anthony J. Barron, Esq.                      Invoice Date        08/26/08
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA  94105                     Invoice No.         72346


FOR PROFESSIONAL SERVICES RENDERED           Internal Ref.       TRP2590


For the Month of July 2008     in connection with:
        Sovereign General Insurance vs. Scottsdale Insurance Company, et al.



        For a description of expenses and tasks performed by staff member, please see attachment.



            Professional Fees ........................................... $44,140.00

            Expenses .................................................... $0.00


        Total Invoice ..................................................... $44,140.00
```

| Member | Position | Rate | tothrs | totcost |
|--------|----------|------|--------|---------|
| FORTENBAUGH, BRUCE | DIRECTOR | $425 | 40.0 | $17,000.00 |
| JOHANSON, CHRISTOPHER E. | MANAGER | $300 | 85.7 | $25,710.00 |
| HARRIS, RYAN D. | RESEARCH ASSISTANT | $65 | 22.0 | $1,430.00 |
| | | | ======== | =============== |
| | | | 147.7 | $44,140.00 |

-------------------------------------- FORTENBAUGH, BRUCE --------------------------------------

| Date | Hours | Desc |
|------|-------|------|
| 07/01/08 | 8.0 | Write Report |
| 07/11/08 | 8.0 | Write Report |
| 07/14/08 | 8.0 | Review case mateirals |
| 07/28/08 | 2.0 | Prepare trial exhibits, review case materials |
| 07/29/08 | 6.0 | Prepare trial exhibits, review case materials |
| 07/30/08 | 8.0 | Prepare trial exhibits, review case materials |

------------------------------------ JOHANSON, CHRISTOPHER E. ------------------------------------

| Date | Hours | Desc |
|------|-------|------|
| 07/02/08 | 4.5 | Review policy files, assist wih expert report preparation |
| 07/03/08 | 5.3 | Review policy files, assist wih expert report preparation |
| 07/07/08 | 5.5 | Assist wth expert report preparation |
| 07/10/08 | 2.5 | Assist wth expert report preparation |
| 07/11/08 | 0.5 | Call with counsel |
| 07/11/08 | 3.5 | Final expert report preparation |
| 07/14/08 | 3.5 | Review policy files, prepare materials for trial |
| 07/15/08 | 5.3 | Review policy files, prepare materials for trial |
| 07/17/08 | 0.8 | Call with counsel |
| 07/17/08 | 2.5 | Prepare trial exhibits |
| 07/18/08 | 1.5 | Call with client |
| 07/18/08 | 5.0 | Prepare for trial |
| 07/18/08 | 1.5 | Prepare trial exhibits |
| 07/21/08 | 5.5 | Review policy files, prepare materials for trial |
| 07/22/08 | 5.5 | Review policy files, prepare materials for trial |
| 07/23/08 | 6.5 | Review policy files, prepare materials for trial, calls with client, calls w |
| 07/24/08 | 4.0 | Review policy files, prepare materials for trial |
| 07/25/08 | 1.8 | Prepare trial exhbits, call with counsel |
| 07/28/08 | 5.5 | Prepare for trial |
| 07/29/08 | 6.5 | Review exhibit files, prepare analysis, prepare for trial |
| 07/31/08 | 8.5 | Review exhibit files, prepare analysis, prepare for trial |

-------------------------------------- HARRIS, RYAN D. --------------------------------------

| Date | Hours | Desc |
| --- | --- | --- |
| 07/14/08 | 5.0 | Analyzing policy files, preparing materials for trial. |
| 07/21/08 | 2.0 | Analyzing policy files, preparing materials for trial. |
| 07/23/08 | 2.0 | Analyzing policy files, preparing materials for trial. |
| 07/30/08 | 6.0 | Analyzing policy files, preparing materials for trial. |
| 07/31/08 | 7.0 | Analyzing policy files, preparing materials for trial. |

# EXHIBIT 16 CONT'D
## Resolution Economics Invoice No. 75015 dated 9/17/08
## PRIVILEGED INFORMATION REDACTED FROM ATTACHED BILL [INVOICE]



resolution economics LLC
9777 Wilshire Blvd, Suite 600
Beverly Hills, CA 90212


**Anthony Barron, Esq.**
**Thelen Reid Brown Raysman & Steiner LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105

| | |
|---|---|
| Invoice Number: | **075015** |
| Invoice Date: | **09/17/08** |
| Billing Period: | **08/01/08 - 08/31/08** |
| Terms: | **Due On Receipt** |

Re: **TRP2590    Sovereign General v. Scottsdale Insurance**

# INVOICE

| Item | Description | Amount |
|---|---|---|
| Director | | $6,800.00 |
| Manager | | $16,200.00 |
| | **Amount Due:** | **$23,000.00** |

*This invoice is for professional services rendered for the matter listed above. Detailed fee and expense information is attached. If you have any questions, please feel free to contact our Office Administrator at 310-275-9137.*



resolution economics LLC
9777 Wilshire Blvd, Suite 600
Beverly Hills, CA 90212

**Anthony Barron, Esq.**
**Thelen Reid Brown Raysman & Steiner LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105

| | |
|---|---|
| Invoice Number: | **075015** |
| Invoice Date: | **09/17/08** |
| Billing Period: | **08/01/08 - 08/31/08** |
| Terms: | **Due On Receipt** |

Re:  **TRP2590    Sovereign General v. Scottsdale Insurance**

# INVOICE DETAILS

| Date | Staff Member | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/08 | Bruce Fortenbaugh | Charge:Data Review | 6.00 | $425.00 | $2,550.00 |
| 08/01/08 | Bruce Fortenbaugh | Charge:Meeting with Client | 2.00 | $425.00 | $850.00 |
| 08/07/08 | Bruce Fortenbaugh | Charge:Data Review | 2.00 | $425.00 | $850.00 |
| 08/11/08 | Bruce Fortenbaugh | Charge:Review Documents | 2.00 | $425.00 | $850.00 |
| 08/12/08 | Bruce Fortenbaugh | Charge:Review Case Status; Review Analysis | 2.00 | $425.00 | $850.00 |
| 08/18/08 | Bruce Fortenbaugh | Charge:Review Documents | 2.00 | $425.00 | $850.00 |
| | **BRUCE FORTENBAUGH TOTAL:** | | **16.00** | | **$6,800.00** |
| 08/01/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 7.50 | $300.00 | $2,250.00 |
| 08/05/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 8.00 | $300.00 | $2,400.00 |
| 08/06/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 5.50 | $300.00 | $1,650.00 |
| 08/07/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 4.00 | $300.00 | $1,200.00 |
| 08/08/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 2.00 | $300.00 | $600.00 |
| 08/11/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 5.50 | $300.00 | $1,650.00 |
| 08/12/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 4.00 | $300.00 | $1,200.00 |
| 08/13/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 1.75 | $300.00 | $525.00 |
| 08/14/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 4.00 | $300.00 | $1,200.00 |
| 08/15/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 2.00 | $300.00 | $600.00 |
| 08/20/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 1.75 | $300.00 | $525.00 |
| 08/25/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 2.75 | $300.00 | $825.00 |
| 08/28/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 2.75 | $300.00 | $825.00 |
| 08/29/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 2.50 | $300.00 | $750.00 |
| | **CHRISTOPHER JOHANSON TOTAL:** | | **54.00** | | **$16,200.00** |
| **TOTAL PROFESSIONAL FEES:** | | | **70.00** | | **$23,000.00** |

# EXHIBIT 16 CONT'D
## Resolution Economics Invoice No. 75060 dated 10/16/08
## PRIVILEGED INFORMATION REDACTED FROM ATTACHED BILL [INVOICE]



resolution economics LLC
9777 Wilshire Blvd, Suite 600
Beverly Hills, CA 90212

**Anthony Barron, Esq.**
**Thelen Reid Brown Raysman & Steiner LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105

| | |
|---|---:|
| Invoice Number: | **075060** |
| Invoice Date: | **10/16/08** |
| Billing Period: | **09/01/08 - 09/30/08** |
| Terms: | **Due On Receipt** |

Re:     **TRP2590     Sovereign General v. Scottsdale Insurance**

# INVOICE

| Item | Description | Amount |
|---|---|---:|
| Director | | $28,475.00 |
| Manager | | $36,375.00 |
| Research Assistant | | $1,040.00 |
| Expenses | | $1,630.52 |
| | **Amount Due:** | **$67,520.52** |

*This invoice is for professional services rendered for the matter listed above. Detailed fee and expense information is attached. If you have any questions, please feel free to contact our Office Administrator at 310-275-9137.*



**resolution economics** LLC
9777 Wilshire Blvd, Suite 600
Beverly Hills, CA 90212


**Anthony Barron, Esq.**
**Thelen Reid Brown Raysman & Steiner LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105

| | |
|---|---|
| Invoice Number: | **075060** |
| Invoice Date: | **10/16/08** |
| Billing Period: | **09/01/08 - 09/30/08** |
| Terms: | **Due On Receipt** |

Re: **TRP2590** **Sovereign General v. Scottsdale Insurance**

# INVOICE DETAILS

| Date | Staff Member | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/08/08 | Bruce Fortenbaugh | Charge:Review Documents | 4.00 | $425.00 | $1,700.00 |
| 09/09/08 | Bruce Fortenbaugh | Charge:Review Materials | 3.00 | $425.00 | $1,275.00 |
| 09/10/08 | Bruce Fortenbaugh | Charge:Review Materials | 6.00 | $425.00 | $2,550.00 |
| 09/11/08 | Bruce Fortenbaugh | Charge:Review Documents | 3.00 | $425.00 | $1,275.00 |
| 09/11/08 | Bruce Fortenbaugh | Charge:Meeting with Client | 3.00 | $425.00 | $1,275.00 |
| 09/15/08 | Bruce Fortenbaugh | Charge:Review Materials | 4.00 | $425.00 | $1,700.00 |
| 09/18/08 | Bruce Fortenbaugh | Charge:Review Documents | 6.00 | $425.00 | $2,550.00 |
| 09/19/08 | Bruce Fortenbaugh | Charge:Review Documents | 8.00 | $425.00 | $3,400.00 |
| 09/20/08 | Bruce Fortenbaugh | Charge:Meeting with Client | 5.00 | $425.00 | $2,125.00 |
| 09/21/08 | Bruce Fortenbaugh | Charge:Review Materials | 3.00 | $425.00 | $1,275.00 |
| 09/22/08 | Bruce Fortenbaugh | Charge:Review Materials | 8.00 | $425.00 | $3,400.00 |
| 09/23/08 | Bruce Fortenbaugh | Charge:Review Materials | 8.00 | $425.00 | $3,400.00 |
| 09/24/08 | Bruce Fortenbaugh | Charge:Deposition/Testimony | 4.00 | $425.00 | $1,700.00 |
| 09/24/08 | Bruce Fortenbaugh | Charge:Deposition/Testimony Prep | 2.00 | $425.00 | $850.00 |
| | **BRUCE FORTENBAUGH TOTAL:** | | **67.00** | | **$28,475.00** |
| 09/01/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 3.50 | $300.00 | $1,050.00 |
| 09/04/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 5.00 | $300.00 | $1,500.00 |
| 09/05/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 3.50 | $300.00 | $1,050.00 |
| 09/08/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 4.00 | $300.00 | $1,200.00 |
| 09/09/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 8.00 | $300.00 | $2,400.00 |
| 09/10/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 8.00 | $300.00 | $2,400.00 |
| 09/11/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 4.00 | $300.00 | $1,200.00 |
| 09/11/08 | Christopher Johanson | Charge:Prepare Support Materials | 4.50 | $300.00 | $1,350.00 |
| 09/12/08 | Christopher Johanson | Charge:Prepare Support Materials | 4.00 | $300.00 | $1,200.00 |
| 09/15/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 8.00 | $300.00 | $2,400.00 |
| 09/16/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 6.00 | $300.00 | $1,800.00 |
| 09/17/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 4.50 | $300.00 | $1,350.00 |
| 09/18/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 8.00 | $300.00 | $2,400.00 |
| 09/19/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 8.50 | $300.00 | $2,550.00 |
| 09/20/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 4.00 | $300.00 | $1,200.00 |
| 09/20/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 1.50 | $300.00 | $450.00 |
| 09/22/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 12.00 | $300.00 | $3,600.00 |
| 09/23/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 10.00 | $300.00 | $3,000.00 |
| 09/24/08 | Christopher Johanson | Charge:Deposition/Testimony Prep | 8.00 | $300.00 | $2,400.00 |
| 09/25/08 | Christopher Johanson | Charge:Document/Data Management | 1.00 | $300.00 | $300.00 |



resolution economics LLC
9777 Wilshire Blvd, Suite 600
Beverly Hills, CA 90212

**Anthony Barron, Esq.**
**Thelen Reid Brown Raysman & Steiner LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105

| | |
|---|---|
| Invoice Number: | **075060** |
| Invoice Date: | **10/16/08** |
| Billing Period: | **09/01/08 - 09/30/08** |
| Terms: | **Due On Receipt** |

Re: **TRP2590 Sovereign General v. Scottsdale Insurance**

# INVOICE DETAILS

| Date | Source | Description | Units | Rate | Amount |
|---|---|---|---|---|---|
| 09/26/08 | Christopher Johanson | Charge:Data Analysis | 1.75 | $300.00 | $525.00 |
| 09/29/08 | Christopher Johanson | Charge:Data Analysis | 3.50 | $300.00 | $1,050.00 |
| | **CHRISTOPHER JOHANSON TOTAL:** | | **121.25** | | **$36,375.00** |
| 09/24/08 | Dustin Watson | Charge:Document/Data Management | 2.00 | $65.00 | $130.00 |
| | **DUSTIN WATSON TOTAL:** | | **2.00** | | **$130.00** |
| 09/16/08 | Kayoko Lyons | Charge:Prepare Support Materials | 2.50 | $65.00 | $162.50 |
| 09/17/08 | Kayoko Lyons | Charge:Prepare Support Materials | 3.50 | $65.00 | $227.50 |
| | **KAYOKO LYONS TOTAL:** | | **6.00** | | **$390.00** |
| 09/16/08 | Ryan Harris | Charge:Prepare Support Materials | 4.00 | $65.00 | $260.00 |
| 09/18/08 | Ryan Harris | Charge:Prepare Support Materials | 4.00 | $65.00 | $260.00 |
| | **RYAN HARRIS TOTAL:** | | **8.00** | | **$520.00** |
| **TOTAL PROFESSIONAL FEES:** | | | **204.25** | | **$65,890.00** |

| Date | Source | Description | Units | Rate | Amount |
|---|---|---|---|---|---|
| 09/21/08 | Bruce Fortenbaugh | Charge:Meals | | | $85.00 |
| 09/22/08 | Bruce Fortenbaugh | Charge:Meals | | | $19.00 |
| 09/23/08 | Bruce Fortenbaugh | Charge:Meals | | | $20.65 |
| 09/24/08 | Bruce Fortenbaugh | Charge:Mileage | 181.00 | 0.59 | $105.89 |
| 09/24/08 | Bruce Fortenbaugh | Charge:Parking | | | $75.00 |
| 09/24/08 | Bruce Fortenbaugh | Charge:Hotel | | | $438.14 |
| | **BRUCE FORTENBAUGH TOTAL:** | | | | **$743.68** |
| 09/20/08 | Christopher Johanson | Charge:Ground Transport | | | $15.00 |
| 09/20/08 | Christopher Johanson | Charge:Ground Transport | | | $15.00 |
| 09/23/08 | Christopher Johanson | Charge:Meals | | | $19.31 |
| 09/29/08 | Christopher Johanson | Charge:Meals | | | $28.58 |
| 09/29/08 | Christopher Johanson | Charge:Internet | | | $29.85 |
| 09/29/08 | Christopher Johanson | Charge:Internet | | | $9.95 |
| 09/29/08 | Christopher Johanson | Charge:Hotel | | | $303.02 |
| 09/29/08 | Christopher Johanson | Charge:Hotel | | | $466.13 |
| | **CHRISTOPHER JOHANSON TOTAL:** | | | | **$886.84** |
| **TOTAL REIMBURSABLE EXPENSES:** | | | | | **$1,630.52** |