1  ANTHONY J. BARRON, State Bar No. 150447
   abarron@nixonpeabody.com
2  MATTHEW A. RICHARDS, State Bar No. 233166
   mrichards@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax: (415) 984-8300

6  Attorneys for
   WESTERN HERITAGE INSURANCE COMPANY
7

8
                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
                         (SACRAMENTO DIVISION)
10

11 SOVEREIGN GENERAL LIFE INSURANCE          Case No. 2:05-CV-00312-MCE-DAD
   SERVICES, INC.,                           (Consolidated with 2:05-CV-01389-MCE-DAD)
12
                    Plaintiff,               **ORDER GRANTING SUBSTITUTION OF**
13                                           **ATTORNEYS**
        vs.
14
   SCOTTSDALE INSURANCE COMPANY;
15 NATIONAL CASUALTY COMPANY;
   SCOTTSDALE INDEMNITY COMPANY;
16 WESTERN HERITAGE INSURANCE
   COMPANY; R. MAX WILLIAMSON; JOSEPH
17 A. LUGHES,

18                  Defendants.

19                                           Case No. 2:05-CV-01389-MCE-DAD
   WESTERN HERITAGE INSURANCE              (Consolidated with 2:05-CV-00312-MCE-DAD)
20 COMPANY,

21                  Plaintiff,

22      vs.

23 SOVEREIGN GENERAL LIFE INSURANCE
   SERVICES, INC.; MARTIN F. SULLIVAN, SR.;
24 GLORIA SULLIVAN,

25                  Defendants.

26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

THE COURT, having duly considered the proposed Substitution of Attorneys submitted by WESTERN HERITAGE INSURANCE COMPANY in the above-captioned consolidated action, in favor of NIXON PEABODY LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111-3600, Telephone: 415-984-8200, Facsimile: 415-984-8300, in the place and stead of THELEN LLP, hereby GRANTS the substitution.

IT IS SO ORDERED.

DATED: December 1, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-

PDF created with pdfFactory trial version www.pdffactory.com