1  ANTHONY J. BARRON, State Bar No. 150447
   abarron@nixonpeabody.com
2  MATTHEW A. RICHARDS, State Bar No. 233166
   mrichards@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax: (415) 984-8300

6  Attorneys for
   WESTERN HERITAGE INSURANCE COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| SOVEREIGN GENERAL LIFE INSURANCE SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; NATIONAL CASUALTY COMPANY, a Wisconsin corporation; SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation; WESTERN HERITAGE INSURANCE COMPANY, and Arizona corporation; R. MAX WILLIAMSON an individual; JOSEPH A. LUGHES, an individual,<br><br>Defendants. | Case No. 2:05-CV-00312-MCE-DAD<br>(Consolidated with 2:05-CV-01389-MCE-DAD)<br><br>**SUGGESTION OF DEATH OF JOSEPH A. LUGHES; STIPULATION TO WAIVE SUBSTITUTION OF DECEDENT'S SUCCESSOR OR REPRESENTATIVE; ORDER REMOVING JOSEPH A. LUGHES FROM CONSOLIDATED CASES**<br><br>[Fed. R. Civ. P. 25(a)] |
| WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOVEREIGN GENERAL LIFE INSURANCE SERVICES, INC., a California corporation; MARTIN F. SULLIVAN, SR. and GLORIA SULLIVAN, husband and wife, guarantors,<br><br>Defendants. | Case No. 2:05-CV-01389-MCE-DAD<br>(Consolidated with 2:05-CV-00312-MCE-DAD) |

PDF created with pdfFactory trial version www.pdffactory.com

**SUGGESTION OF DEATH OF JOSEPH A. LUGHES**

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Western Heritage Insurance Company ("Western Heritage"), plaintiff in *Western Heritage Ins. Co. v. Sovereign Gen'l Ins. Servs., Inc.* (E.D. Cal. Civil Case No. 2:05-CV-01389-MCE-DAD) ("*Western Heritage*"), by and through its counsel of record, suggests on the record pursuant to Federal Rule of Civil Procedures 25(a)(1) the death of Joseph A. Lughes, its former President and co-defendant in the lead case in this consolidated action, *Sovereign Gen'l Ins. Servs., Inc. v. Scottsdale Ins. Co.* (E.D. Cal. Civil Case No. 2:05-CV-00312-MCE-DAD) ("*Sovereign General*"), during the pendency of this action, on or about November 23, 2007.

Counsel for Western Heritage was informed of Mr. Lughes death shortly before the Western Heritage jury trial began, on September 22, 2008. On February 20, 2007, all claims against Mr. Lughes in this consolidated action were dismissed pursuant to this Court's Memorandum and Order granting summary judgment in favor of Scottsdale Insurance Company, National Casualty Company, Scottsdale Indemnity Company, Western Heritage Insurance Company, R. Max Williamson, and Joseph A. Lughes as to each and every claim in Sovereign General Insurance Services, Inc.'s ("Sovereign") operative complaint in *Sovereign General*, and as to each and every counterclaim in Sovereign and Martin F. Sullivan, Sr. and Gloria Sullivan's (collectively, "the Sullivans") operative counterclaim in *Western Heritage*.

Respectfully submitted,

Dated: December 16, 2008

NIXON PEABODY LLP

By   /s/ Anthony J. Barron
     Anthony J. Barron

     Attorneys for WESTERN HERITAGE
     INSURANCE COMPANY

-1-

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION TO WAIVE SUBSTITUTION OF**
**DECEDENT'S SUCCESSOR OR REPRESENTATIVE**

Pursuant to Federal Rule of Civil Procedure 25(a), if a party dies during the pendency of an action and the claim is not extinguished, the Court may order substitution of the proper party.  A motion for substitution may be made by any party within 90 days after service of a statement noting the death.

IT IS HEREBY STIPULATED and agreed to by the remaining parties in these consolidated cases, by and through their counsel of record, having received notice of the death of Joseph A. Lughes, that they do not intend to move, and will not move, to substitute in as a party any successor or representative of Joseph A. Lughes, and that any such substitution is WAIVED;

IT IS HEREBY STIPULATED and agreed to by the remaining parties in these consolidated cases, by and through their counsel of record, that the 90-day period within which to file a motion for substitution with respect to Joseph A. Lughes is WAIVED;

IT IS HEREBY STIPULATED and agreed to by the remaining parties in these consolidated cases, by and through their counsel of record, that Joseph A. Lughes should be removed as a party from these consolidated cases for any and all purposes.  The parties hereby request that this Court enter an Order removing Mr. Lughes for these consolidated cases.

IT IS SO STIPULATED.


Dated:  December 16, 2008

AGUILAR LAW OFFICES


By    /s/ Raul V. Aguilar
      Raul V. Aguilar

      Attorneys for SOVEREIGN GENERAL
      INSURANCE SERVICES, INC.

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  December 16, 2008

LAW OFFICES OF DOMINIC FLAMIANO

By   /s/ Dominic G. Flamiano
     Dominic G. Flamiano

Attorneys for MARTIN F. SULLIVAN, SR. and GLORIA SULLIVAN

Dated:  December 16, 2008

NIXON PEABODY LLP

By   /s/ Anthony J. Barron
     Anthony J. Barron

Attorneys for SCOTTSDALE INSURANCE COMPANY; NATIONAL CASUALTY COMPANY; SCOTTSDALE INDEMNITY COMPANY; WESTERN HERITAGE INSURANCE COMPANY; and R. MAX WILLIAMSON

**ORDER**

THE COURT, having duly considered the Suggestion of Death of Joseph A. Lughes submitted by Western Heritage Insurance Company pursuant to Federal Rule of Civil Procedure 25(a), and the Stipulation to Waive Substitution of Decedent's Successor or Representative submitted by all remaining parties to the above-captioned consolidated action, hereby ORDERS as follows:

The death of Joseph A. Lughes has been duly noted on the record;

The remaining parties to this consolidated action have stipulated to and do waive their right to move to substitute in any successor or representative of Joseph A. Lughes;

Therefore, for good cause showing, IT IS ORDERED that Joseph A. Lughes is removed from these consolidated cases for any and all purposes.

IT IS SO ORDERED.

DATED: December 17, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com