UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation, NATIONAL CASUALTY COMPANY, a Wisconsin corporation, SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation, WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation, R. MAX WILLIAMSON, an individual, JOSEPH A. LUGHES, an individual, and DOES 1 through 100, inclusive,<br><br>            Defendants. | No. 2:05-cv-00312-MCE-DAD<br><br>Consolidated with<br>No. 2:05-cv-01389-MCE-DAD<br><br>**ORDER** |

WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,

          Plaintiff,

    v.

SOVEREIGN GENERAL INSURANCE SERVICES, INC., a California Corporation; MARTIN F. SULLIVAN, SR. and GLORIA SULLIVAN, husband and wife, guarantors,

          Defendants.

1

1    Western Heritage seeks attorney's fees in this matter, both
2 as the successful party at trial on its affirmative claims in its
3 own action against Sovereign General and Martin and Gloria
4 Sullivan, and due to its successful summary judgment motion
5 against Sovereign General in Sovereign General's lawsuit against
6 Western.  Judgment pursuant to the jury's October 1, 2008 verdict
7 in Western's lawsuit was entered on October 7, 2008; summary
8 judgment in favor of both Western Heritage and its other co-
9 defendants (Scottsdale Insurance Company, National Casualty
10 Company, Scottsdale Indemnity Company, R. Max Williamson and
11 Joseph a Lughes) was entered by February 20, 2007 as to the suit
12 instituted by Sovereign General.  Both requests for attorney's
13 fees are properly before the Court now that this litigation has
14 been resolved here in its entirety.

15    Despite the fact that this case has been concluded at the
16 district court level, on October 29, 2008, Sovereign General
17 filed a Notice of Appeal both as to the summary judgment rendered
18 against it in 2007 and the judgment following jury verdict in
19 2008.

20    This Court may defer its ruling on attorney's fees when an
21 appeal on the merits is pending.  <u>See</u> 1993 Advisory Committee
22 Notes to Federal Rule of Civil Procedure 54(d) ("if an appeal on
23 the merits of the case is taken, the [district] court may rule on
24 the claim for fees, may defer its ruling on the, motion, or may
25 deny the motion without prejudice directing under subdivision
26 (d)(2)(B) a new period for filing after the appeal has been
27 resolved"); <u>see also</u> <u>Dumas v. New United Motor Mfg.</u>, 2007 WL
28 1880377 at *2 (N.D. Cal. 2007).

2

Given the pendency of Sovereign General's appeal, both Western Heritage's Motion for Attorney's Fees (Docket No. 177, filed October 20, 2008) and its previous Motion, also requesting attorney's fees along with the other Scottsdale Defendants (Docket No. 88, filed March 16, 2007), are DENIED[1] at this juncture, without prejudice to being renewed following disposition of this matter upon appeal.

IT IS SO ORDERED.

Dated: December 23, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court ordered these matters submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

3