ANTHONY J. BARRON, State Bar No. 150447
abarron@nixonpeabody.com
MATTHEW A. RICHARDS, State Bar No. 233166
mrichards@nixonpeabody.com
**NIXON PEABODY** LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Facsimile:  (415) 984-8300

Attorneys for
SCOTTSDALE INSURANCE COMPANY; NATIONAL CASUALTY COMPANY;
SCOTTSDALE INDEMNITY COMPANY; WESTERN HERITAGE INSURANCE COMPANY;
and R. MAX WILLIAMSON

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOVEREIGN GENERAL LIFE INSURANCE SERVICES, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; NATIONAL CASUALTY COMPANY, a Wisconsin corporation; SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation; WESTERN HERITAGE INSURANCE COMPANY, and Arizona corporation; R. MAX WILLIAMSON, an individual; JOSEPH A. LUGHES, an individual,<br><br>　　　　　　Defendants. | Case No. 2:05-CV-00312-MCE-DAD<br>(Consolidated with 2:05-CV-01389-MCE-DAD)<br><br>**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT CONSISTENT WITH JURY VERDICT, JUDGMENT, NINTH CIRCUIT MANDATE, AND AWARD, IF ANY, OF SUCCESSFUL PARTY ATTORNEYS' FEES**<br><br>[Fed. R. Civ. P. 54, 58, 83; E.D. Cal. L.R. 143]<br><br><br>Complaint Filed:　　　April 12, 2005<br>Judgment Entered:　　October 7, 2008 |
| WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SOVEREIGN GENERAL LIFE INSURANCE SERVICES, INC., a California corporation; MARTIN F. SULLIVAN, SR. and GLORIA SULLIVAN, husband and wife, guarantors,<br><br>　　　　　　Defendants. | Case No. 2:05-CV-01389-MCE-DAD<br>(Consolidated with 2:05-CV-00312-MCE-DAD) |

Scottsdale Insurance Company, National Casualty Company, Scottsdale Indemnity Company, Western Heritage Insurance Company ("Western Heritage") and R. Max Williamson (collectively, "the Scottsdale Parties"), on the one hand, and Defendants Sovereign General Insurance Services, Inc. ("Sovereign") and Martin F. Sullivan, Sr. and Gloria Sullivan (collectively "the Sullivans") (collectively "Defendants"), on the other hand, hereby stipulate, by and through their counsel of record, as follows:

## RECITALS

WHEREAS, on October 1, 2008, the jury in the related civil cases before this Court, entitled *Sovereign Gen'l Ins. Servs., Inc. v. Scottsdale Ins. Co., et al.* (E.D. Cal. Civil Case Nos. 2:05-CV-00312-MCE-DAD and 2:05-CV-01389-MCE-DAD) ("Action"), returned a verdict for Western Heritage and against Defendants on all of Western Heritage's claims, and awarded Western Heritage damages in the amount of **$715,113.29**; and

WHEREAS, on October 7, 2008, this Court entered judgment against Defendants consistent with the jury verdict; and

WHEREAS, on October 17, 2008, following this Court's entry of judgment, Western Heritage moved for an award of pre-judgment interest in the amount of **$307,872.27**, which was denied on January 7, 2009; and

WHEREAS, Sovereign timely appealed to the Ninth Circuit (9th Cir. Case No. 08-17422) from this Court's order granting summary judgment to the Scottsdale Parties on Sovereign's affirmative claims and counterclaims in this Action, and from the judgment against it following the jury trial on Western Heritage's claims; and

WHEREAS, the Sullivans timely appealed to the Ninth Circuit (9th Cir. Case No. 08-17424) from this Court's judgment against it following the jury trial on Western Heritage's claims; and

WHEREAS, Western Heritage timely appealed to the Ninth Circuit (9th Cir. Case No. 09-15246) from this Court's order of January 7, 2009, denying its motion for pre-judgment interest; and

///

///

-1-

1   WHEREAS, on April 8, 2010, the Ninth Circuit issued its Memorandum decision in the

2   consolidated appeals, affirming this Court's summary judgment ruling dismissing Sovereign's claims

3   and counterclaims against the Scottsdale Parties and reversing and remanding this Court's denial of

4   Western Heritage's pre-judgment interest motion; and

5   WHEREAS, on April 30, 2010, the Ninth Circuit's Mandate issued; and

6   WHEREAS, on March 31, 2010, Sovereign's involuntary Chapter 7 bankruptcy proceeding

7   (Bankr. E.D. Cal. Case No. 09-39673-A-7) was closed by the United States Bankruptcy Court in and

8   for the Eastern District of California ("Bankruptcy Court") by entry of its Final Decree; and

9   WHEREAS, on August 26, 2010, the Bankruptcy Court granted Western Heritage's motion

10  for leave to modify the automatic stay in the Sullivans' Chapter 7 bankruptcy proceeding (Bankr.

11  E.D. Cal. Case No. 09-38120-B-7 to allow this Court to enter final orders and judgment in this

12  Action, including ruling on the Scottsdale Parties' Renewed Attorneys' Fees Motion, filed

13  concurrently herewith and set for hearing on January 13, 2001; and

14  WHEREAS, the Scottsdale Parties and Defendants wish to finally resolve this Action

15  consistent with: the jury verdict of October 1, 2008; the judgment of October 7, 2008; the Ninth

16  Circuit's mandate with respect to an award of prejudgment interest to Western Heritage; and this

17  Court's award of successful party attorneys' fees, if any, pursuant to the Scottsdale Parties' Renewed

18  Attorneys' Fees Motion, filed concurrently herewith;

19

20  **STIPULATION**

21

22  THEREFORE, IT IS STIPULATED between the Scottsdale Parties and Defendants as

23  follows:

24  1.   Final judgment shall be entered in favor of the Scottsdale Parties and against

25  Defendants in this matter following this Court's ruling on Western Heritage's Renewed Motion for

26  Attorneys' Fees, filed concurrently herewith.

27  ///

28

-2-

STIPULATION AND [PROPOSED] ORDER
FOR ENTRY OF JUDGMENT
CASE NO. 2:05-CV-00312-MCE-DAD

**Error! Unknown document property name.**

2.      The final judgment to be entered in favor of the Scottsdale Parties and against Defendants shall include the principal amount of damages awarded by the jury at trial to Western Heritage, **$715,113.29**, consistent with this Court's entry of judgment on October 7, 2008.

3.      The final judgment to be entered in favor of the Scottsdale Parties and against Defendants shall include an award of pre-judgment interest to Western Heritage in the amount of **$307,872.27**, consistent with the Ninth Circuit's Memorandum decision of April 8, 2010, and its mandate reversing and remanding for further proceedings this Court's denial of Western Heritage's motion for pre-judgment interest.

4.      The final judgment to be entered in favor of the Scottsdale Parties and against Defendants shall include an award of successful party attorneys' fees, if any, consistent with this Court's ruling on the Scottsdale Parties' Renewed Attorneys' Fees Motion, filed concurrently herewith.

5.      This Court shall enter final judgment in favor of Western Heritage and against Defendants in the amount of at least **$1,022,985.56**—the combined amount of damages and pre-judgment interest described herein—and shall add to this amount an award of successful party attorneys' fees, if any, in favor of the Scottsdale Parties and against Defendants, consistent with its ruling on the Scottsdale Parties' Renewed Motion for Attorneys' Fees, filed concurrently herewith.

///
///
///
///
///
///
///
///
///
///

**Error! Unknown document property name.**

6.      By entering into this Stipulation, the Scottsdale Parties and Defendants waive all

further rights of appeal and agree that entry of final judgment by this Court consistent with the terms

of this Stipulation shall be binding upon each of them.

**IT IS SO STIPULATED.**

DATED: December 15, 2010              NIXON PEABODY LLP


By:    */s/ Matthew A. Richards*
                    Anthony J. Barron
                    Matthew A. Richards
                    Attorneys for SCOTTSDALE INSURANCE
                    COMPANY; NATIONAL CASUALTY
                    COMPANY; SCOTTSDALE INDEMNITY
                    COMPANY; WESTERN HERITAGE
                    INSURANCE COMPANY; and R. MAX
                    WILLIAMSON


DATED: December 15, 2010              LAW OFFICES OF DOMINIC G. FLAMIANO


By:    */s/ Dominic G. Flamiano*
                    Dominic G. Flamiano
                    Attorneys for SOVEREIGN GENERAL
                    INSURANCE SERVICES, INC.; MARTIN
                    F. SULLIVAN, SR.; and GLORIA
                    SULLIVAN

**IT IS SO ORDERED.**

Dated:  December 21, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Error! Unknown document property name.**